```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 13264
    FELIPE CRUZ
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-2181


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 05/23/2008 and was not confirmed.

    The case was dismissed without confirmation 08/27/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
GALWAY FINANCIAL SVC LLC  UNSECURED          1040.00           .00           .00
SAXON MORTGAGE SERVICES   NOTICE ONLY      NOT FILED           .00           .00
SAXON MORTGAGE SERVICES   CURRENT MORTG         .00            .00           .00
SAXON MORTGAGE SERVICES   SECURED NOT I   26497.42            .00           .00
B-REAL LLC                UNSECURED          2183.61           .00           .00
B-REAL LLC                UNSECURED          2230.33           .00           .00
CITIBANK USA NA           UNSECURED           721.38           .00           .00
ASSET ACCEPTANCE LLC      UNSECURED          1256.20           .00           .00
ASSET ACCEPTANCE LLC      UNSECURED           713.68           .00           .00
CAPITAL ONE               UNSECURED           551.93           .00           .00
PRO SE DEBTOR             DEBTOR ATTY          .00                          .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                        .00                     .00




             PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 13264 FELIPE CRUZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/19/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |